IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00411-WYD-BNB

REGENERATIVE SCIENCES, INC.

Plaintiff,

v.

UNITED STATES FOOD AND DRUG ADMINISTRATION;
FRANK TORTI, M.D., in his Official Capacity as Commissioner of the United States Food and Drug Association;
MARY A. MALARKEY, in her Official Capacity as Director of the Office of Compliance and Biologics Quality Center for Biologics Evaluation and Research;
UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES;
CHARLES E. JOHNSON, in his Official Capacity as Acting Secretary of the United States Department of Health and Human Services;

Defendants.

## ORDER

This matter is before me on **Plaintiff's Motion for a Protective Order Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure** [Doc. # 8, filed 3/13/2009] (the "Motion"). I held a hearing on the motion this afternoon and made rulings on the record. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is DENIED.

Dated March 26, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge