IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00411-WYD-BNB

REGENERATIVE SCIENCES, INC.

 Plaintiff,

v.

UNITED STATES FOOD AND DRUG ADMINISTRATION;
FRANK TORTI, M.D., in his Official Capacity as Commissioner of the United States Food and Drug Association;
MARY A. MALARKEY, in her Official Capacity as Director of the Office of Compliance and Biologics Quality Center for Biologics Evaluation and Research;
UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES;
CHARLES E. JOHNSON, in his Official Capacity as Acting Secretary of the United States Department of Health and Human Services;

 Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

 Defendants' Motion to Dismiss [doc. #22], filed April 28, 2009, is **STRICKEN** with leave to refile in compliance with my Practice Standards, particularly the page limitations noted in section II.C.1.

 Dated: April 28, 2009