IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 09-cv-00411-WYD-BNB

REGENERATIVE SCIENCES, INC.

    Plaintiff,

v.

UNITED STATES FOOD AND DRUG ADMINISTRATION;
FRANK TORTI, M.D., in his Official Capacity as Commissioner of the United States Food and Drug Association;
MARY A. MALARKEY, in her Official Capacity as Director of the Office of Compliance and Biologics Quality Center for Biologics Evaluation and Research;
UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES;
CHARLES E. JOHNSON, in his Official Capacity as Acting Secretary of the United States Department of Health and Human Services;

    Defendants.

## ORDER

THIS MATTER comes before me on Plaintiff's <u>Notice of Voluntary Dismissal of This Case</u> filed August 12, 2010 [ECF No. 57]. Having reviewed the motion, and being fully advised in the premises, it is

ORDERED that all pending motions are **DENIED AS MOOT,** Plaintiff's case is **DISMISSED** and this matter is hereby **TERMINATED**.

    Dated: August 12, 2010

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  WILEY Y. DANIEL,
                                  CHIEF UNITED STATES DISTRICT JUDGE